IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-                                                    07-CR-240-S

ABDULRAKEEB MOHAMED ALI AL-GHAITHI,

                    Defendant.                        **ORDER OF DISMISSAL**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Western District of New York hereby dismisses, without prejudice, the Indictment pending against Abdulrakeeb Mohamed Ali Al-Ghaithi. This request is made in light of Dr. Mark Schachter's evaluation of Mr. Al-Ghaithi.

DATED:  Buffalo, New York, October 23, 2008.

                         TERRANCE P. FLYNN
                         United States Attorney

                    BY:  _____
                         TIMOTHY C. LYNCH
                         Assistant U.S. Attorney
                         U.S. Attorney's Office
                         Western District of New York
                         138 Delaware Avenue
                         Buffalo, New York 14202
                         (716) 843-5700, ext. 846
                         timothy.lynch@usdoj.gov

Leave of Court is granted for the filing of the foregoing dismissal.

                         _____
                         HONORABLE WILLIAM M. SKRETNY
                         UNITED STATES DISTRICT JUDGE

DATED: October 29, 2008.